# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN LAING, individually and on behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association,<br><br>Defendant. | Case No. 3:17-cv-02072-WQH-JLB<br><br>**CLASS ACTION**<br><br>**ORDER TO DISMISS INDIVIDUAL CLAIMS AGAINST DEFENDANT WITH PREJUDICE AND DISMISS PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Action Filed: October 9, 2017<br>Trial Date:     None Set |

Pursuant to the parties' joint motion and stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(ii), Plaintiff's individual claims against Defendant are HEREBY DISMISSED with prejudice, and the claims of putative class members against Defendant are HEREBY DISMISSED without prejudice, with each party to bear its own fees and costs. **IT IS SO ORDERED.**

Dated: May 15, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court